IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02024-WYD-MEH

GERALD J. GRAY, Auditor, Office of Natural Resources Revenue,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF INTERIOR,
OFFICE OF NATURAL REVENUE, (Formerly Mineral Management Services),
WESTERN ADMINISTRATIVE SERVICE CENTER,
BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND ENFORCEMENT, and
DEPARTMENT OF THE ARMY HEADQUARTERS, United States Army Reserve Command
Reserve Military Pay Branch-USAR Financa,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2011.**

      Defendants' Motion to Vacate Scheduling Conference and for a Protective Order Staying Discovery [filed October 25, 2011; docket #19] is **denied without prejudice**. The motion seeks two different forms of relief, and the Court finds in the interest of justice and judicial economy that the requests for relief must be sought in two separate motions.