IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02024-WYD-MEH

GERALD J. GRAY, Auditor, Office of Natural Resources Revenue,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF INTERIOR,
OFFICE OF NATURAL REVENUE, (Formerly Mineral Management Services),
WESTERN ADMINISTRATIVE SERVICE CENTER,
BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND ENFORCEMENT, and
DEPARTMENT OF THE ARMY HEADQUARTERS, United States Army Reserve Command Reserve Military Pay Branch-USAR Financa,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 27, 2011.**

    Defendants' Motion to Vacate Scheduling Conference [filed October 27, 2011; docket #24] is **granted**. The Scheduling Conference currently set for November 2, 2011 is **vacated**. The Court may reschedule the conference at a later date, depending upon the resolution of the motion to stay discovery and/or motion to dismiss.

    Before the Court is Defendants' Motion to Stay Discovery [docket #23]. Pursuant to D.C. Colo. LCivR 7.1C, the Plaintiff shall file a response to the motion **on or before November 17, 2011**. Defendants may file a reply in support of the motion within fourteen (14) days after the response is served.