IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02024-WYD-MEH

GERALD J. GRAY, Auditor, Office of Natural Resources Revenue,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF INTERIOR,
OFFICE OF NATURAL REVENUE, (Formerly Mineral Management Services),
WESTERN ADMINISTRATIVE SERVICE CENTER,
BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND ENFORCEMENT, and
DEPARTMENT OF THE ARMY HEADQUARTERS, United States Army Reserve Command Reserve Military Pay Branch-USAR Financa,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 8, 2011.**

Plaintiff's Motion to Compel Discovery Requests [filed November 7, 2011; docket #31] is **denied**. Fed. R. Civ. P. 26(d) provides that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." There is no indication in the record that the parties have conducted a Rule 26(f) conference; the Scheduling Conference set for November 2, 2011 was vacated and the proposed Scheduling Order tendered solely by the Plaintiff indicates that the only communication between the parties was a letter written to Plaintiff by defense counsel. *See* docket #27 at 12. As set forth in this Court's October 27, 2011 order, the Court will reschedule the Scheduling Conference depending upon the resolution of the pending motion to stay and/or motion to dismiss.

The Court advises the Plaintiff that discovery requests (propounded at the appropriate time) need not be made by subpoena served upon a party opponent; rather, such discovery requests are made pursuant to Fed. R. Civ. P. 33, 34 and 36. Subpoenas pursuant to Fed. R. Civ. P. 45 are served only upon third parties to the litigation.