IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02024-WYD-MEH

GERALD J. GRAY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF THE INTERIOR,
OFFICE OF NATURAL REVENUE, (Formerly Mineral Management Services),
WESTERN ADMINISTRATIVE SERVICE CENTER,
BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND
ENFORCEMENT, and
DEPARTMENT OF THE ARMY HEADQUARTERS, United States Army Reserve
Command Reserve Military Pay Branch-USAR Finance,

    Defendants.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on September 24, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Recommendation of United States Magistrate Judge Hegarty [ECF No. 43], filed March 6, 2012, is affirmed and adopted and Plaintiff's Objections [ECF No. 44], filed March 20, 2012, are overruled.  It is further

    ORDERED that plaintiff's complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this <u>26th</u> day of September, 2012.

>FOR THE COURT:
>
>JEFFREY P. COLWELL, CLERK
>
>
>By: <u>s/ Edward P. Butler</u>
>Edward P. Butler,
>Deputy Clerk